Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST WITHDRAWL OF VIOLATION PETITION**
**July 9, 2025**

Name of Offender: **Jesus Alfredo Lopez**

Case Number:  **2:00CR00075**

Name of Sentencing Judicial Officer: **Honorable Kent J. Dawson**

Date of Original Sentence: **November 1, 2000**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **51 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **December 19, 2003**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

## PETITIONING THE COURT

☒ To dismiss, without prejudice, petition for warrant for offender under supervision, filed on September 21, 2005 (ECF26).

## CAUSE

By way of case history, on November 1, 2000, Your Honor sentenced Jesus Alfredo Lopez to 51 months custody, followed by a three (3) year supervised release term for the offense of Felon in Possession of a Firearm. Mr. Lopez completed his custodial sentence and was subsequently removed from the United States.

On September 20, 2005, the probation office filed a petition for offender under supervision to initiate revocation proceedings. It is alleged Lopez violated his release conditions by illegally reentering the United States without the permission of the United States Attorney General, or their designee, and failing to report to the probation office within 72 hours of arrival in the United States. Your Honor ordered the issuance of a warrant on September 20, 2005; however, Lopez was removed from the United States during this reentry attempt and did not reenter the United States.

RE: Jesus Alfredo Lopez

Prob12B
D/NV Form
Rev. June 2014

The Court's imposition of supervised release for a period of three years would have ended, had the Court not ordered the issuance of a warrant. Since Lopez has been deported and is unable to reenter the United States legally, he will not be available for revocation proceedings.

As such, it is recommended the petition filed on September 20, 2005, be dismissed and the warrant quashed. The probation office will close interest in this case. Should the Court prefer an alternative course of action, please indicate below.

Respectfully submitted,

_____
Digitally signed by Landon VanWormer
Date: 2025.07.10 15:11:49 -07'00'

Landon VanWormer
Senior United States Probation Officer

Approved:

_____
Digitally signed by Joy Gabonia
Date: 2025.07.10 11:35:55 -07'00'

Joy Gabonia
Supervisory United States Probation Officer

---

## THE COURT ORDERS

☐ No Action.

☑ The dismissal of petition without prejudice and quash warrant.

☐ Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

7/14/2025
Date